MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
**AKERMAN LLP**
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Plaintiffs Nationstar Mortgage LLC
and Federal Home Loan Mortgage Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC; and FEDERAL HOME LOAN MORTGAGE CORPORATION, | Case No.: 2:17-cv-02624-RFB-PAL |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO TRAVERTINE LANE TRUST'S MOTION TO DISMISS COMPLAINT [ECF NO. 7]** |
| vs. | |
| COPPER CREEK HOMEOWNERS ASSOCIATION; TRAVERTINE LANE TRUST; and ATC ASSESSMENT COLLECTION GROUP, LLC, | **(FIRST REQUEST)** |
| Defendants. | |

. . .

. . .

. . .

. . .

. . .

. . .

. . .

…

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Plaintiffs Nationstar Mortgage LLC (**Nationstar**) and Federal Home Loan Mortgage Corporation (**Freddie Mac**) (collectively, **Plaintiffs**) and Defendant Travertine Lane Trust (**Travertine Trust**), by and through their undersigned attorneys, stipulate that the deadline for Plaintiffs to file a response to Travertine Trust's Motion to Dismiss, filed on November 7, 2017 [ECF No. 7] be extended from the current November 21, 2017 deadline to **December 5, 2017**.

Plaintiffs' counsel is requesting an extension of time in which to respond to the Motion to Dismiss to allow additional time for the client to review the response before filing.

This is the parties' first request for an extension and is not intended to cause any delay or prejudice to any party.

DATED this 21st day of November, 2017.

| **AKERMAN LLP** | **LAW OFFICE OF MICHAEL F. BOHN, ESQ. LTD.** |
|---|---|
| */s/ Donna M. Wittig* | */s/ Adam R. Trippiedi* |
| MELANIE D. MORGAN, ESQ. | MICHAEL F. BOHN, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 1641 |
| DONNA M. WITTIG, ESQ. | ADAM R. TRIPPIEDI, ESQ. |
| Nevada Bar No. 11015 | Nevada Bar No. 12294 |
| 1160 Town Center Drive, Suite 330 | 376 East Warm Springs Road, Suite 140 |
| Las Vegas, NV 89144 | Las Vegas, Nevada 89119 |
| *Attorneys for Plaintiffs Nationstar Mortgage LLC and Federal Home Loan Mortgage Corporation* | *Attorney for Defendant Travertine Lane Trust* |

**IT IS SO ORDERED.**

RICHARD F. BOULWARE, II
United States District Judge

DATED this 22nd day of November, 2017.

43446445;1