MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No.: 12294
atrippiedi@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
376 East Warm Springs Road, Ste. 140
Las Vegas, Nevada 89119
(702) 642-3113/ (702) 642-9766 FAX

Attorney for defendant Travertine Lane Trust

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC; and FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>COPPER CREEK HOMEOWNERS ASSOCIATION; TRAVERTINE LANE TRUST; and ATC ASSESSMENT COLLECTION GROUP, LLC,<br><br>Defendants. | CASE NO.: 2:17-cv-02624-RFB-PAL |

**STIPULATION AND ORDER**

IT IS STIPULATED AND AGREED by and between the plaintiffs, through their attorney, Melanie D. Morgan, Esq., and defendant, Travertine Lane Trust, by and through its attorney Michael F. Bohn, Esq. as follows:

1. Defendant Travertine Lane Trust shall have until June 8, 2018 to file and serve its response to the plaintiffs motion for summary judgment (ECF 22); and

/ / /

/ / /

1

2. The plaintiff shall have until June 29, 2018 to file its reply brief.

3. This is the first extension to which the parties have sought regarding this motion.

DATED this _____ day of May, 2018.

| Akerman LLP | Respectfully submitted by: |
|---|---|
| | LAW OFFICES OF<br>MICHAEL F. BOHN, ESQ. LTD. |
| By: /s/ /Melanie D. Morgan, Esq./<br>Melanie D. Morgan, Esq.<br>1635 Village Center Circle, Ste. 200<br>Las Vegas, NV 89134<br>Attorney for plaintiffs | By: /s/ /Michael F. Bohn, Esq. /<br>Michael F. Bohn, Esq.<br>2260 Corporate Circle, Suite 480,<br>Henderson, Nevada 89074<br>Attorney for defendant Travertine Lane Trust |

IT IS SO ORDERED this  29th   day of May, 2018.

_____
RICHARD F. BOULWARE, II
United States District Court

Respectfully submitted by:

LAW OFFICES OF
MICHAEL F. BOHN, ESQ. LTD.

By: /s/ /Michael F. Bohn, Esq. /
    Michael F. Bohn, Esq.
    2260 Corporate Circle, Suite 480,
    Henderson, Nevada 89074
    Attorney for defendant Travertine Lane Trust

2