1  MELANIE D. MORGAN, ESQ.
   Nevada Bar No. 8215
2  DONNA M. WITTIG, ESQ.
   Nevada Bar No. 11015
3  AKERMAN LLP
   1635 Village Center Circle, Suite 200
4  Las Vegas, Nevada 89134
   Telephone: (702) 634-5000
5  Facsimile: (702) 380-8572
   Email: melanie.morgan@akerman.com
6  Email: donna.wittig@akerman.com

*Attorneys for Plaintiffs Nationstar Mortgage LLC
and Federal Home Loan Mortgage Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC; and FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>COPPER CREEK HOMEOWNERS ASSOCIATION; TRAVERTINE LANE TRUST; and ATC ASSESSMENT COLLECTION GROUP, LLC,<br><br>Defendants. | Case No.: 2:17-cv-02624-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(SECOND REQUEST)** |

Plaintiffs Nationstar Mortgage LLC and Federal Home Loan Mortgage Corporation (**plaintiffs**) and defendant Travertine Lane Trust (**Travertine Lane**), agreed to (1) an extension of time for plaintiffs to file an opposition to Travertine Lane's motion for summary judgment, filed June 6, 2018 as Doc. No. 25.

Plaintiffs' opposition to Travertine Lane's motion for summary judgment is due June 27, 2018. The parties are in agreement that plaintiffs shall have until June 29, 2018 to file their opposition to Travertine Lane's motion for summary judgment, which is the same day as plaintiffs' deadline to file a reply in support of their motion for summary judgment filed on May 7, 2018 as Doc No. 22.

1

45467508;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Travertine Lane shall have until July 13, 2018 to file its reply in support of its motion for summary judgment.

This is the parties' second request for an extension of this deadline and is not meant for purposes of undue delay but merely to coordinate and streamline briefing schedules.

Dated June 11th, 2018.

| | |
|---|---|
| **AKERMAN LLP** | **LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.** |
| /s/ *Donna M. Wittig* | */s/ Michael F. Bohn* |
| MELANIE D. MORGAN, ESQ. | MICHAEL F. BOHN, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 1641 |
| DONNA M. WITTIG, ESQ. | ADAM R. TRIPPIEDI, ESQ. |
| Nevada Bar No. 11015 | Nevada Bar No. 12294 |
| 1635 Village Center Circle, Suite 200 | 376 East Warm Springs Road, Suite 140 |
| Las Vegas, Nevada 89134 | Las Vegas, Nevada 89119 |
| *Attorneys for Plaintiffs Nationstar Mortgage and Federal Home Loan Mortgage Corporation* | *Attorneys for Defendant Travertine Lane Trust* |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Court

**DATED:** June 12, 2018.

45467508;1