MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Plaintiffs Nationstar Mortgage LLC
and Federal Home Loan Mortgage Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC; and FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>COPPER CREEK HOMEOWNERS ASSOCIATION; TRAVERTINE LANE TRUST; and ATC ASSESSMENT COLLECTION GROUP, LLC,<br><br>Defendants. | Case No.: 2:17-cv-02624-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS**<br><br>**(FOURTH REQUEST)** |

Plaintiffs Nationstar Mortgage LLC and Federal Home Loan Mortgage Corporation (**plaintiffs**) and defendant Travertine Lane Trust (**Travertine Lane**) stipulate as follows:

1. On September 5, 2018, Travertine Lane filed its renewed motion to dismiss plaintiffs' complaint. ECF No. 35.

2. Plaintiffs' opposition to Travertine Lane's motion is due September 19, 2018.

3. The parties previously agreed to file modified or renewed motions for summary judgment by September 19, 2018. ECF No. 33.

…

1

46354980;1

4. Due to the nature of the issues present in Travertine Lane's motion to dismiss and the parties' motion for summary judgment, the parties agree plaintiff shall have an additional fourteen days to file its opposition to Travetine Lane's motion to dismiss and file its renewed or modified motion for summary judgment.

5. Plaintiff shall have until October 3, 2018 to oppose Travertine Lane's motion to dismiss.

6. All parties shall have until October 3, 2018 to file modified or renewed motions for summary judgment.

7. This is the parties' fourth request for an extension of this deadline and is not meant for purposes of undue delay but merely to coordinate and streamline briefing schedules.

Dated September 11th, 2018.

| **AKERMAN LLP** | **LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.** |
|---|---|
| /s/ *Donna M. Wittig* | /s/ *Michael F. Bohn* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 | MICHAEL F. BOHN, ESQ.<br>Nevada Bar No. 1641<br>ADAM R. TRIPPIEDI, ESQ.<br>Nevada Bar No. 12294<br>376 East Warm Springs Road, Suite 140<br>Las Vegas, Nevada 89119 |
| *Attorneys for Plaintiffs Nationstar Mortgage and Federal Home Loan Mortgage Corporation* | *Attorneys for Defendant Travertine Lane Trust* |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Court

**DATED:** September 17, 2018.

2

46354980;1